# ELECTRONIC RECORD

1554-14

COA #   02-13-00191-CR          OFFENSE:   19.02

STYLE:   Tuan Nguyen v. The State of Texas   COUNTY:   Tarrant

COA DISPOSITION:   AFFIRMED          TRIAL COURT:   396th District Court

DATE: 10/23/14          Publish: NO   TC CASE #:   1318975R

## IN THE COURT OF CRIMINAL APPEALS

STYLE:   Tuan Nguyen v. The State of Texas          CCA #:   1554-14

___APPELLANT'S___ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

___REFUSED___          JUDGE: _____

DATE: _02/04/2015_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD